# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | NO. 10-437 |
| TING MAN LUI | : | |

## ORDER

**AND NOW**, this 22nd day of January 2021, upon considering Defendant's Motion for early termination of supervised release (ECF Doc. No. 23), the United States' Response (ECF Doc. No. 29), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 23) is **DENIED** without prejudice.

_____
**KEARNEY, J.**